570 A.2d 971

JOSEPH T. HARRISON v. BETTY J. HARRISON.

October 31, 1989.

Petition for certification denied.

570 A.2d 972

SCHOOR, DEPALMA AND CAGNER GROUP, INC. v. DIRECTOR, DIVISION OF PURCHASE AND PROPERTY, DEPARTMENT OF TREASURY, STATE OF NEW JERSEY.

October 31, 1989.

Petition for certification denied.

570 A.2d 972

STATE OF NEW JERSEY v. STEVEN G. BOLLING.

October 31, 1989.

Petition for certification denied.

570 A.2d 972

STATE OF NEW JERSEY v. RONALD HUGHES.

October 31, 1989.

Petition for certification denied.